UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARTURO HERNANDEZ ESPINDOLA,

Petitioner,

v.

WARDEN, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-4411-CAB-MMP

**ORDER:**

**(1) PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS; and**

**(2) DENYING TRO AS MOOT, [Doc. No. 2].**

Pending before the Court is Petitioner Arturo Hernandez Espindola's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and motion for a temporary restraining order, [Doc. No. 2 ("TRO")]. Petitioner is a Mexican national who has lived continuously in the U.S. for approximately the last 31 years. [Petition at 1–2.] He was arrested on June 27, 2026 while traveling to his job. [*Id.* at 2.]

Respondents concede that under the Ninth Circuit's recent decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 219424, --- F.4th --- (9th Cir. July 30, 2026), Petitioner is an unadmitted noncitizen present in the interior of the United States and therefore due a bond hearing pursuant to 8 U.S.C. § 1226(a). [Doc. No. 7 at 1–2.] The Court agrees with Respondents that *Rodriguez Vazquez* controls here.

The Court thus **ORDERS** Respondents to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **September 8, 2026**, unless Petitioner requests a continuance. If requested by Petitioner, Respondents shall assist him in obtaining an audio recording of the bond hearing. The Court **DENIES** the TRO as moot.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge